UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MCIHIGAN
SOUTHERN DIVISION

MICHAEL LEE,

    Plaintiff

-vs-

UNDERWRITERS SAFETY & CLAIMS
and Underwriters Insurance Company, FEDERAL
EXPRESS CORPORATION d/b/a FEDEX AND ACE-
AMERICAN INSURANCE COMPANY,

    Defendants.

Case No: 12-cv-10166
Paul D. Borman
United States District Judge

Lower Court No: 2011-009462-NF
Hon: Kathleen MacDonald

---

GEOFFREY N. FIEGER (P30441)
MICHAEL T. RATTON (P42399)
*Fieger, Fieger, Kenney, Giroux*
*& Danzig, P.C.*
Attorneys for Plaintiff
19390 W. 10 Mile Road
Southfield, MI 48075
(248) 355-5555

JEFFREY N. SHERBOW (P25324)
*Sherbow & Associates, PLC*
Attorneys for Defendants, Federal Express
and Ace American Insurance Co., only
2446 Orchard Lake Road
Sylvan Lake, MI 48320
(248) 481-9362

---

## ORDER REMANDING ACTION BACK TO STATE COURT

Consistent with the stipulation set forth below, and pursuant to 28 U.S.C., §1447;

IT IS ORDERED that the above matter is hereby remanded back to the State Court, being Wayne County Circuit Court Case 2011-009462-NF.

Date: 3/27/12

Paul D. Borman
District Court Judge

I stipulate to the entry of the above order.

/s/ Michael T. Ratton
MICHAEL T. RATTON (P42399)
Attorney for Plaintiff

Date: 3/27/12

/s/ Jeffrey N. Sherbow
JEFFREY N. SHERBOW (P25324)
Attorney for Defendant

Date: 3/27/12